IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| COTTON STATES MUTUAL INS. CO., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:05-cv-828-WKW |
| | ) (WO) |
| JOYCE BOWMAN, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## FINAL JUDGMENT

Upon consideration of the joint Stipulation of Dismissal filed by the parties on September 19, 2006 (Doc. # 21) it is hereby ORDERED that:

1. This case is DISMISSED with prejudice.

2. Costs are taxed as paid.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 19th day of September, 2006.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE